UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.L.,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHELLE KING,[1] Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. 2:23-cv-10431-FLA (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

---

[1] Michelle King was appointed the Acting Commissioner of Social Security on January 21, 2025. Under Federal Rule of Civil Procedure 25(d), she is automatically substituted as the Defendant in this suit.

| | |
|---|---|
| 1 | Pursuant to 28 U.S.C. § 636, the court has reviewed the parties' briefing, the |
| 2 | relevant records on file, and the Report and Recommendation ("R&R") of the |
| 3 | United States Magistrate Judge.  No objections have been filed.  The court accepts |
| 4 | the findings and recommendation of the Magistrate Judge. |
| 5 |     IT IS THEREFORE ORDERED that the Social Security Commissioner's |
| 6 | decision is REVERSED and this case is REMANDED to the Social Security |
| 7 | Administration for further proceedings. |

Dated: March 12, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge