JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.L., <br><br> Plaintiff, <br><br> v. <br><br> MICHELLE KING,[1] Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:23-cv-10431-FLA (SHK) <br><br> **JUDGMENT** |

It is the judgment of this court that the Social Security Commissioner's decision is REVERSED, and this case is REMANDED to the Social Security Administration for further proceedings consistent with this court's Order Accepting Findings and Recommendation of United States Magistrate Judge.

Dated: March 12, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

---

[1] Michelle King was appointed the Acting Commissioner of Social Security on January 21, 2025. Under Federal Rule of Civil Procedure 25(d), she is automatically substituted as the Defendant in this suit.

1